

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:06-cr-92-Orl-28DAB

DARRELL LAMONT HARRELL

### CORRECTED[1]
### ORDER ON REVOCATION OF PROBATION
### AND ORDER OF COMMITMENT

This cause came before the Court on a Superseding Petition for Warrant or Summons for Offender Under Probation filed March 30, 2007 (Doc. No. 39), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of his probatioin. A final hearing on violation of probation was held by Magistrate Judge David A. Baker on April 16, 2007 and subsequently, a Report and Recommendation (Doc. No. 41) was entered by Magistrate Judge David A. Baker on April 25, 2007.

The defendant appeared before this Court on May 22, 2007, with counsel, Michelle P. Smith and the Assistant United States Attorney. After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court adopts the Report and Recommendation (Doc. No. 41) and finds that the defendant has violated the conditions of probation.

---

[1] Corrected to reflect probation violation instead of supervised release

It is **ORDERED AND ADJUDGED** that the defendant's probation is hereby **REINSTATED**. All previous special conditions remain intact. The defendant shall reside in a Residential Re-Entry Center for a period of 90 days and shall observe the rules of that facility. The defendant shall be placed in the facility as soon as space becomes available.

The Judgment at Document No. 29 remains unaltered and in effect except as amended herewith.

**DONE** and **ORDERED** at Orlando, Florida this 4th day of June, 2007.

JOHN ANTOON II
United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
Darrell Lamont Harrell